# Exhibit 2

Non-method Claim: 1

| US10620663 | Asus ROG Zephyrus Duo 16 ("The accused product") |
|---|---|
| 1.    A    portable device comprising: | The accused product is a portable device (e.g., a laptop). <br><br> As shown below, the accused product is a laptop with two displays i.e., a main display and a second small display. The second smaller screen is positioned beneath the main screen. <br><br> <br> https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/ |



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## DISPLAY

# Mini LED. Maximum Vibrance.

Whether you're gaming, catching up on your favorite content, or just browsing the web, the 16-inch 16:10 main display is absolutely gorgeous. For fast paced gaming, the QHD 240Hz panel with 3ms response time is the perfect blend of high refresh and high resolution for crisp and detailed images. Mini LED allows for deeper contrast and higher brightness than traditional LED displays, allowing for an image that pops off the screen with VESA DisplayHDR™ 1000 certification. The panel is also certified by TÜV Rheinland for low blue light, keeping your eyes comfortable all day. Prepare to be dazzled by vivid colors with 100% DCI-P3 coverage, 1100 nits peak brightness, and 1024 dimming zones.

*Pantone® Validated colors only available in SDR mode.

| Vivid | Wide | Mini LED | |
|---|---|---|---|
| **100% DCI-P3** | **16:10** | **QHD 240Hz** |  |
| color space | aspect ratio | panel | |

  

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

The Zephyrus Duo 16's iconic second screen has also been improved, with the brand new Corning® Gorilla Glass DXC, paired with a new anti-fingerprint coating. Gorilla Glass DXC reduces surface reflections while increasing hardness by over 40% for better scratch resistance. Less reflections mean you can set the brightness lower, even when used in outdoor and bright environments.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## PORTABILITY

# Dual Displays. One Device.

The Zephyrus Duo 16 really shows its versatility when you take it on the go. The built-in secondary display means that you always have a second screen available, while the 90Wh battery and USB Type-C™ charging can keep you powering through work all day long. An IR camera with Windows Hello support makes unlocking the machine a breeze.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## DISPLAY

QHD+ 16:10 (2560 x 1600, WQXGA)

Anti-glare display

 - DCI-P3:  100

 - Response Time:  3ms

FreeSync Premium Pro

Pantone Validated

Optimus

## ADDITIONAL DISPLAY

ScreenPad™ Plus (14" 3840 x 1100(4K) IPS-level

Panel Support Stylus)

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/spec/



https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf

| a primary display and a secondary display; | The accused product comprises a primary display (e.g., a main display) and a secondary display (e.g., a smaller second display). |
| --- | --- |

| wherein: | As shown below, the accused product is a laptop with two displays i.e., a main display and a second small display. The second smaller screen is positioned beneath the main screen.  https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/ |



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## DISPLAY

# Mini LED. Maximum Vibrance.

Whether you're gaming, catching up on your favorite content, or just browsing the web, the 16-inch 16:10 main display is absolutely gorgeous. For fast paced gaming, the QHD 240Hz panel with 3ms response time is the perfect blend of high refresh and high resolution for crisp and detailed images. Mini LED allows for deeper contrast and higher brightness than traditional LED displays, allowing for an image that pops off the screen with VESA DisplayHDR™ 1000 certification. The panel is also certified by TÜV Rheinland for low blue light, keeping your eyes comfortable all day. Prepare to be dazzled by vivid colors with 100% DCI-P3 coverage, 1100 nits peak brightness, and 1024 dimming zones.

*Pantone® Validated colors only available in SDR mode.

| Vivid | Wide | Mini LED | |
|---|---|---|---|
| **100% DCI-P3** | **16:10** | **QHD 240Hz** |  |
| color space | aspect ratio | panel | PANTONE® Validated |

  

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

The Zephyrus Duo 16's iconic second screen has also been improved, with the brand new Corning® Gorilla Glass DXC, paired with a new anti-fingerprint coating. Gorilla Glass DXC reduces surface reflections while increasing hardness by over 40% for better scratch resistance. Less reflections mean you can set the brightness lower, even when used in outdoor and bright environments.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

**PORTABILITY**

# Dual Displays. One Device.

The Zephyrus Duo 16 really shows its versatility when you take it on the go. The built-in secondary display means that you always have a second screen available, while the 90Wh battery and USB Type-C™ charging can keep you powering through work all day long. An IR camera with Windows Hello support makes unlocking the machine a breeze.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## DISPLAY

QHD+ 16:10 (2560 x 1600, WQXGA)

Anti-glare display

- DCI-P3:  100

- Response Time:  3ms

FreeSync Premium Pro

Pantone Validated

Optimus

## ADDITIONAL DISPLAY

ScreenPad™ Plus (14" 3840 x 1100(4K) IPS-level

Panel Support Stylus)

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/spec/

As shown below, the accused product comprises a main display (e.g., a primary display) at the top, and a smaller second screen (e.g., a secondary display) beneath it.



https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf

<table>
<tr>
<td></td>
<td>



### Display panel

This high-definition display panel provides excellent viewing features for photos, videos, and other multimedia files on your Notebook PC.

https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf



### Companion display panel

This high-definition display panel provides excellent viewing features for photos, videos, and other multimedia files on your Notebook PC.

### Touch screen panel

This high-definition touch screen panel provides excellent viewing features for photos, videos, and other multimedia files on your Notebook PC. It also allows you to operate it using touch screen gestures.

https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf

</td>
</tr>
<tr>
<td>the secondary display is</td>
<td>The accused product discloses the secondary display (e.g., a smaller second screen) is</td>
</tr>
</table>

| | |
|---|---|
| physically protected when stowed; | physically protected (e.g., hidden, etc.) when stowed (e.g., a closed mode).<br><br>As shown below, the accused product is a laptop with a design that comprises two displays i.e., a main display and a second small display. The secondary display is physically protected when the laptop is in its closed mode. The main screen stays on top, and the smaller screen remains hidden underneath.<br><br><br><br>https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/ |



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## DISPLAY

# Mini LED. Maximum Vibrance.

Whether you're gaming, catching up on your favorite content, or just browsing the web, the 16-inch 16:10 main display is absolutely gorgeous. For fast paced gaming, the QHD 240Hz panel with 3ms response time is the perfect blend of high refresh and high resolution for crisp and detailed images. Mini LED allows for deeper contrast and higher brightness than traditional LED displays, allowing for an image that pops off the screen with VESA DisplayHDR™ 1000 certification. The panel is also certified by TÜV Rheinland for low blue light, keeping your eyes comfortable all day. Prepare to be dazzled by vivid colors with 100% DCI-P3 coverage, 1100 nits peak brightness, and 1024 dimming zones.

*Pantone® Validated colors only available in SDR mode.

| Vivid | Wide | Mini LED | |
|---|---|---|---|
| **100% DCI-P3** | **16:10** | **QHD 240Hz** |  |
| color space | aspect ratio | panel | PANTONE® Validated |

  

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## PORTABILITY

# Dual Displays. One Device.

The Zephyrus Duo 16 really shows its versatility when you take it on the go. The built-in secondary display means that you always have a second screen available, while the 90Wh battery and USB Type-C™ charging can keep you powering through work all day long. An IR camera with Windows Hello support makes unlocking the machine a breeze.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

As shown below, the bottom screen (e.g., a secondary display) is protected by the upper screen (e.g., a primary display) in closed mode.



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

| the secondary display runs a second application, while the primary display runs a first application, in at least one of a plurality operating modes; and | The accused product discloses the secondary display (e.g., a smaller second screen) runs a second application (e.g., a call application, etc.) while the primary display (e.g., a main display) runs a first application (e.g., a camera application, a video player, etc.), in at least one of a plurality operating modes (e.g., dual screen mode and single screen mode) |
|---|---|
| | As shown below, the accused product is a laptop with a design that comprises two displays i.e., a main display and a second small display. The second smaller screen (e.g., secondary display) is positioned beneath the main screen (e.g., primary display). The accused product includes multiple modes such as dual screen mode and single screen mode. In dual screen mode both the displays can be used for running different applications on different displays simultaneously, whereas in single screen mode both the screens can be used to view a single application. The accused product supports using two different apps at once on both screens. For example, a user can access charts or live stream applications (e.g., a second application) on the secondary screen, while playing video game (e.g., a first application) on the main display. |



[https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/](https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/)



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## DISPLAY

# Mini LED. Maximum Vibrance.

Whether you're gaming, catching up on your favorite content, or just browsing the web, the 16-inch 16:10 main display is absolutely gorgeous. For fast paced gaming, the QHD 240Hz panel with 3ms response time is the perfect blend of high refresh and high resolution for crisp and detailed images. Mini LED allows for deeper contrast and higher brightness than traditional LED displays, allowing for an image that pops off the screen with VESA DisplayHDR™ 1000 certification. The panel is also certified by TÜV Rheinland for low blue light, keeping your eyes comfortable all day. Prepare to be dazzled by vivid colors with 100% DCI-P3 coverage, 1100 nits peak brightness, and 1024 dimming zones.

*Pantone® Validated colors only available in SDR mode.

| Vivid | Wide | Mini LED | |
|---|---|---|---|
| **100% DCI-P3** | **16:10** | **QHD 240Hz** |  |
| color space | aspect ratio | panel | |

  

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



ROG ScreenPad Plus™
boosts your game.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## PORTABILITY

# Dual Displays. One Device.

The Zephyrus Duo 16 really shows its versatility when you take it on the go. The built-in secondary display means that you always have a second screen available, while the 90Wh battery and USB Type-C™ charging can keep you powering through work all day long. An IR camera with Windows Hello support makes unlocking the machine a breeze.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf

As shown below, user can access charts or live stream applications (e.g., a second application) on the secondary screen, while playing video game (e.g., a first application) on the main display.



https://youtu.be/WC9Rabg2GI8

As shown below, the accused product features dual screen mode.

## 1. Multitasking

The second display, also known as the ScreenPad Plus, is a showstopper on the Duo 16. It's a 14-inch, 2560 x 734-pixel touchscreen. You can watch it rise to a glorious 30-degree angle after opening the lid, and *man,* this thing looks like a funky futuristic laptop ripped out of a spaceship from year 3005.

I'm often hopping on video calls for work, and sometimes, I can get away with completing some tasks behind the scenes. (Hey, it's called good time management!) However, when I have a single-screen laptop, Google Meet often disappears from view while my display gets swamped with content.

But things are different on the Duo 16. I can drag Google Meet down to the ScreenPad Plus — and I can see my colleagues in all of their glory — while having the main display all to myself as my work playground.



Asus ROG Zephyrus Duo 16 (Image credit: Asus)

And when I'm ready to focus on the Laptop Mag gang again, I can drag and drop Google Meet right back up to the main display.

https://www.laptopmag.com/features/i-replaced-my-laptop-with-this-wild-dual-screen-beast-for-a-week-heres-what-happened



Asus ROG Zephyrus Duo 16 (Image credit: Future)

And can we talk about how multitasking on this thing is fantastic?! My work requires a *lot* of cross-referencing, requiring me to peruse through several documents and apps simultaneously. While writing in-depth reviews (I actually wrote Laptop Mag's Duo 16 review on this dual-screen darling), I have Google Docs open as well as other content (e.g., in-house test results) that help to support the article. On a single-screen laptop, I'm often bouncing between windows and tabs.

On the Duo 16, however, I can attach three different windows into the ScreenPad Plus' trio of slots, which is perfect because I'm often crossferencing three or more apps, documents, or Google Chrome windows. I zipped through my work at Laptop Mag faster than ever, allowing me to glance at several documents at once all in one device — without lifting a finger.

https://www.laptopmag.com/features/i-replaced-my-laptop-with-this-wild-dual-screen-beast-for-a-week-heres-what-happened

As shown below, the accused product features single screen mode.

| | |
|---|---|
| | <br><br>(2) ScreenXpert supports interaction between screens. When you drag a window on the desktop, the [App Switcher] icon appears. If you drag the window to ①[Screen], the window will be displayed in full screen in Screen. If you drag the window to ②[ViewMax], the window will be displayed in full screen on Main Screen and Screen Pad Plus.<br><br><br><br>https://www.asus.com/support/faq/1047765/ |
| wherein both the primary and secondary displays display information that is viewable by a user of the device during the at least one of a plurality of | The accused product discloses wherein both the primary (e.g., a main display) and secondary displays (e.g., a small secondary display) display information (e.g., content information, etc.) that is viewable by a user (e.g., a user of the accused product) of the device (e.g., the accused product) during the at least one of a plurality of operating modes (e.g., single screen mode, dual screen mode, etc.)<br>As shown below, the accused product is a laptop with a design that comprises two displays i.e., a main display and a second small display. The second smaller screen (e.g., secondary display) is positioned beneath the main screen (e.g., primary display). The accused product |

| operating modes; wherein: | includes multiple modes such as dual screen mode and single screen mode. In dual screen mode both the displays can be used for running different applications on different displays simultaneously, whereas in single screen mode both the screens can be used to view a single application. The accused product supports using two different apps at once on both screens. For example, a user can access charts or live stream applications (e.g., a second application) on the secondary screen, while playing video game (e.g., a first application) on the main display. <br><br>  <br><br> https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/ |
|---|---|



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## DISPLAY

# Mini LED. Maximum Vibrance.

Whether you're gaming, catching up on your favorite content, or just browsing the web, the 16-inch 16:10 main display is absolutely gorgeous. For fast paced gaming, the QHD 240Hz panel with 3ms response time is the perfect blend of high refresh and high resolution for crisp and detailed images. Mini LED allows for deeper contrast and higher brightness than traditional LED displays, allowing for an image that pops off the screen with VESA DisplayHDR™ 1000 certification. The panel is also certified by TÜV Rheinland for low blue light, keeping your eyes comfortable all day. Prepare to be dazzled by vivid colors with 100% DCI-P3 coverage, 1100 nits peak brightness, and 1024 dimming zones.

*Pantone® Validated colors only available in SDR mode.

| Vivid | Wide | Mini LED | |
|---|---|---|---|
| **100% DCI-P3** | **16:10** | **QHD 240Hz** |  |
| color space | aspect ratio | panel | |

 

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

**PORTABILITY**

# Dual Displays. One Device.

The Zephyrus Duo 16 really shows its versatility when you take it on the go. The built-in secondary display means that you always have a second screen available, while the 90Wh battery and USB Type-C™ charging can keep you powering through work all day long. An IR camera with Windows Hello support makes unlocking the machine a breeze.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf

As shown below, user can view charts or live stream application (e.g., a second application) on the secondary screen, while playing video game (e.g., a first application) on the main display.



https://youtu.be/WC9Rabg2GI8

As shown below, the accused product features dual screen mode.

### 1. Multitasking

The second display, also known as the ScreenPad Plus, is a showstopper on the Duo 16. It's a 14-inch, 2560 x 734-pixel touchscreen. You can watch it rise to a glorious 30-degree angle after opening the lid, and *man,* this thing looks like a funky futuristic laptop ripped out of a spaceship from year 3005.

I'm often hopping on video calls for work, and sometimes, I can get away with completing some tasks behind the scenes. (Hey, it's called good time management!) However, when I have a single-screen laptop, Google Meet often disappears from view while my display gets swamped with content.

But things are different on the Duo 16. I can drag Google Meet down to the ScreenPad Plus — and I can see my colleagues in all of their glory — while having the main display all to myself as my work playground.



Asus ROG Zephyrus Duo 16 (Image credit: Asus)

And when I'm ready to focus on the Laptop Mag gang again, I can drag and drop Google Meet right back up to the main display.

https://www.laptopmag.com/features/i-replaced-my-laptop-with-this-wild-dual-screen-beast-for-a-week-heres-what-happened



Asus ROG Zephyrus Duo 16 (Image credit: Future)

And can we talk about how multitasking on this thing is fantastic?! My work requires a *lot* of cross-referencing, requiring me to peruse through several documents and apps simultaneously. While writing in-depth reviews (I actually wrote Laptop Mag's Duo 16 review on this dual-screen darling), I have Google Docs open as well as other content (e.g., in-house test results) that help to support the article. On a single-screen laptop, I'm often bouncing between windows and tabs.

On the Duo 16, however, I can attach three different windows into the ScreenPad Plus' trio of slots, which is perfect because I'm often crossferencing three or more apps, documents, or Google Chrome windows. I zipped through my work at Laptop Mag faster than ever, allowing me to glance at several documents at once all in one device — without lifting a finger.

https://www.laptopmag.com/features/i-replaced-my-laptop-with-this-wild-dual-screen-beast-for-a-week-heres-what-happened

As shown below, the accused product features single screen mode.

<table>
<tr><td></td><td>



(2) ScreenXpert supports interaction between screens. When you drag a window on the desktop, the [App Switcher] icon appears. If you drag the window to ①[Screen], the window will be displayed in full screen in Screen. If you drag the window to ②[ViewMax], the window will be displayed in full screen on Main Screen and Screen Pad Plus.



https://www.asus.com/support/faq/1047765/

</td></tr>
<tr><td>

when the user of the device selects or identifies via an action first information in the primary display, said action causes the secondary display to display second information

</td><td>

The accused product discloses when the user (e.g., a user of the accused product) of the device (e.g., the accused product) selects or identifies via an action first information (e.g. a video editing) in the primary display (e.g., a main display), said action (e.g. a video editing) causes the secondary display (e.g., a secondary small screen) to display second information (e.g., the changes affect timeline of the video) related to said first information (e.g., a video editing) displayed in the primary display (e.g., a main display).

As shown below, the accused product is a laptop with a design that comprises two displays i.e., a main display and a second small display. The second smaller screen (e.g., secondary display) is positioned beneath the main screen (e.g., primary display). The accused product

</td></tr>
</table>

| | |
|---|---|
| related to said first information displayed in the primary display; and<br><br>**Col 4: lines 47-51**<br><br>*For this method, movement would be initiated by some mechanical or electronic action of the user, or by the device itself, according to preset options or preferences. For example, <u>the user might touch an icon on the first screen with a finger</u> or stylus.* | allows a user to extend an application on both screens. For example, for a video editing application, the secondary screen (e.g., a secondary display) displays the timeline while the subject video is displayed on the main screen (e.g., a primary display). Thus, when a user edits video or makes changes (e.g., selects via an action first information) on the main display (e.g., a primary display), the changes affect timeline of the video (e.g., second information) displayed on the second screen (e.g., a secondary display).<br><br><br><br>https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/ |



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## PORTABILITY

# Dual Displays. One Device.

The Zephyrus Duo 16 really shows its versatility when you take it on the go. The built-in secondary display means that you always have a second screen available, while the 90Wh battery and USB Type-C™ charging can keep you powering through work all day long. An IR camera with Windows Hello support makes unlocking the machine a breeze.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/0409_E25291_GX650P_EM_V3_A.pdf

As shown, when a user edits video (e.g., selects via an action first information) on the main

<table>
<tr>
<td></td>
<td>

display (e.g., a primary display), the changes affect timeline of the video (e.g., second information) displayed on the second screen (e.g., a secondary display).



https://youtu.be/WC9Rabg2GI8

</td>
</tr>
<tr>
<td>

when the user of the device selects or identifies via an action third information in the secondary display,

</td>
<td>

The accused product discloses when the user (e.g., a user of the accused product) of the device (e.g., the accused product) selects or identifies via an action third information (e.g., clicking on an effect icon, etc.) in the secondary display (e.g., a second small display), the action causes the primary display (e.g., a main display) to display fourth information (e.g., displaying edited video, etc.) related to the third information (e.g., clicking on an effect icon, etc.) displayed in the secondary display (e.g., a second small display).

</td>
</tr>
</table>

| | |
|---|---|
| the action causes the primary display to display fourth information related to the third information displayed in the secondary display. | As shown below, the accused product is a laptop with a design that comprises two displays i.e., a main display and a second small display. The second smaller screen (e.g., secondary display) is positioned beneath the main screen (e.g., primary display). The accused product allows a user to extend an application on both screens. For example, for a video editing application, the secondary screen (e.g., a secondary display) displays the effect bar comprising effect icons while the subject video is displayed on the main screen (e.g., a primary display). Thus, when a user edits video or makes changes by clicking on any of the effect icons (e.g., selects via an action third information) on the second screen (e.g., a secondary display), the changes affect the video (e.g., fourth information) displayed on the main display (e.g., a primary display).<br><br><br>https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/ |



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/

## PORTABILITY

# Dual Displays. One Device.

The Zephyrus Duo 16 really shows its versatility when you take it on the go. The built-in secondary display means that you always have a second screen available, while the 90Wh battery and USB Type-C™ charging can keep you powering through work all day long. An IR camera with Windows Hello support makes unlocking the machine a breeze.

https://rog.asus.com/us/laptops/rog-zephyrus/rog-zephyrus-duo-16-2023-series/



https://dlcdnta.asus.com/pub/ASUS/GamingNB/GX650PY/
0409_E25291_GX650P_EM_V3_A.pdf

As shown, when a user edits video by clicking on any of an effect icon (e.g., selects via an

action third information) on the second screen (e.g., a secondary display), the changes affect the video (e.g., fourth information) displayed on the main display (e.g., a primary display).



https://youtu.be/WC9Rabg2GI8



https://youtu.be/WC9Rabg2GI8



https://youtu.be/WC9Rabg2GI8